TARA K. MCGRATH
United States Attorney
STEVEN LEE
Special Assistant U.S. Attorney
New York State Bar No. 4780862
United States Attorney's Office
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 546-8893

Attorneys for Plaintiff
UNITED STATES OF AMERICA

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| UNITED STATES OF AMERICA, | Case No.: 24CR0979-LL |
|---|---|
| Plaintiff, | **UNITED STATES' MOTION TO: DISMISS THE INFORMATION WITHOUT PREJUDICE [ECF 19]** |
| v. | |
| SHAWN ERROL FARRAR, | |
| Defendant. | |

COMES NOW the Plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Tara K. McGrath, United States Attorney, and Steven Lee, Special Assistant United States Attorney, respectfully requests, pursuant to Rule 48(a), Federal Rules of Criminal Procedure and in the interests of justice, that this Court dismiss, without prejudice, the Information [ECF 19] in the above-entitled case.

1.   On March 29, 2024, at approximately 7:30 p.m., Defendant was arrested by the San Diego Police Department near the intersection of Qualcomm Way and Camino Del Rio North as the driver and sole human occupant of a 2020 black F-150 not belonging to him and belonging to the United States Department of Homeland Security, Customs and Border Protection, United States Border Patrol. Defendant was booked into the San Diego County Jail pending state charges.

2. Defendant was charged via complaint on April 9, 2024, with, Theft of Government Property, in violation of 18 U.S.C. § 641 [ECF 1]. On May 16, 2024, Defendant waived indictment and was arraigned on a single count information charging the same offense [ECF 19, 20].

3. After reviewing the evidence, the United States does not believe that it can currently meet its burden at trial of proving each element of the offense beyond a reasonable doubt.

4. The undersigned has conferred with counsel for Mr. Farrar, and defense counsel does not oppose the United States' motion.

5. Therefore, the United States respectfully requests that this court dismiss, without prejudice, the Information [ECF 19].

6. It is also the parties' joint request that defendant be released from the custody on December 13, 2024, at 9:00 a.m. for transport to People Assisting the Homeless (PATH) by a representative of Federal Defenders of San Diego, Inc.

DATED: December 12, 2024

Respectfully submitted,

TARA K. McGRATH
United States Attorney

*s/Steven Lee*
STEVEN LEE
Special Assistant U.S. Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA