# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 24CR0979-LL |
|---|---|
| Plaintiff, | |
| v. | **JUDGMENT AND ORDER TO DISMISS THE INFORMATION WITHOUT PREJUDICE** |
| SHAWN ERROL FARRAR, | |
| Defendant. | |

Upon motion of the United States of America and good cause appearing,

IT IS HEREBY ORDERED that the Information [ECF 19] in the above-entitled case be dismissed without prejudice.

Defendant to be released from custody on December 13, 2024, at 9:00 a.m. for transport to People Assisting the Homeless (PATH) by a representative of Federal Defenders of San Diego, Inc.

**IT IS SO ORDERED.**

DATED: December 12, 2024.

HONORABLE LINDA LOPEZ
United States District Judge
Southern District of California