**FILED**

DEC 1 8 2024

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____DEPUTY

## UNITED STATES DISTRICT COURT

### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>     v.<br><br>SHAWN ERROL FARRAR,<br><br>                    Defendant. | Case No.: 24CR0979-LL<br><br>**JUDGMENT AND ORDER TO DISMISS THE INFORMATION WITHOUT PREJUDICE** |

Upon motion of the United States of America and good cause appearing,

IT IS HEREBY ORDERED that the Information [ECF 19] in the above-entitled case be dismissed without prejudice.

Defendant to be released from custody on December 13, 2024, at 9:00 a.m. for transport to People Assisting the Homeless (PATH) by a representative of Federal Defenders of San Diego, Inc.

**IT IS SO ORDERED.**

DATED: December 12, 2024.

_____
HONORABLE LINDA LOPEZ
United States District Judge
Southern District of California

I have executed within ᵀⁱ 𝓢𝓜𝓛
Judgement and Commitment on _12/13/24_
United States Marshal

By:_____
USMS Criminal Section